IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMMIE L. MARSHALL,

Plaintiff,

v.

WARDEN CLAY TATUM; and C.O. ANTHONY MOBLEY,

Defendants.

CIVIL ACTION NO.: 6:15-cv-85

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 52), to which Plaintiff filed Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court and **OVERRULES** Plaintiff's Objections.[1]

The Court **GRANTS** Defendants' Motion for Summary Judgment, **DISMISSES** Plaintiff's Complaint, **DISMISSES AS MOOT** all other pending Motions, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal and to **CLOSE** this case.

**SO ORDERED**, this 18th day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Objections largely focus on conflicts in the facts. However, the Magistrate Judge correctly conducted his analysis construing all factual disputes in Plaintiff's favor. Even under that construction, Defendants are entitled to summary judgment as a matter of law. (Doc. 52, p. 4.)