# United States District Court
## Southern District of Georgia

JAMMIE L. MARSHALL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-085

WARDEN CLAY TATUM; and C.O. ANTHONY MOBLEY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 18, 2017, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Defendants' motion for summary judgment is GRANTED, this action is DISMISSED and the case stands CLOSED.



January 18, 2017
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk